CHAMBERS COPY

FILED
DEC 15 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT C
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK J. HIGGINS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>B. M. CASH, Warden,<br><br>　　　　　　　Respondent. | C 11-4323 JSW<br><br>[PROPOSED] SCHEDULING ORDER |

Upon motion of respondent and good cause appearing,

IT IS ORDERED that the time for filing an answer to the petition be, and the same is, extended to and including February 24, 2012.

Dated: ___DEC 15 2011___

　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　United States District Judge

SF2011203049
40497205.doc

1

[Proposed] Scheduling Order (*Higgins v. Cash, Warden* - C 11-4323 JSW)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICK J. HIGGINS,

        Plaintiff,

v.

B.M. CASH et al,

        Defendant.

Case Number: CV11-04323 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick J. Higgins
G31004
44750 60th Street West
Lancaster, CA 93539

Dated: December 15, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk