IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK J. HIGGINS,

    Petitioner,

vs.

B. M. CASH, Warden,

    Respondent.

No. C 11-04323 YGR (PR)

**ORDER DIRECTING PETITIONER TO FILE A CASE MANAGEMENT CONFERENCE STATEMENT**

    Petitioner filed this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Thereafter, this action was reassigned to the undersigned judge. The Court ordered the parties to file separate Case Management Conference Statements, which is appropriate in the instant action because Petitioner is proceeding without counsel. To date, Petitioner has not filed his Case Management Conference Statement. Instead, Petitioner wrote a letter to the Court stating that he was not required to file a Case Management Conference Statement.

    Petitioner's interpretation of the Court's reassignment order is inaccurate. He must file a Case Management Conference Statement within **thirty (30) days** from the date of this Order. While Petitioner is required to file a Case Management Conference Statement, he need not submit the requested documents (in a 2" or 3" 3-ring black binder) outlined in subsection D of the reassignment order because this is a habeas corpus action.

    IT IS SO ORDERED.

DATED: February 24, 2012

                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\HC.11\Higgins4323.directcmc.frm