UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK J. HIGGINS, | No. C 11-4323 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.J. SULLIVAN, | |
| Respondent. | |

The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: August 23, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE